JAIME LUEVANO #1655791
(AS THE Innocent) - Relator
vs.                                        No. 11-33-GPM
STATE BAR OF TEXAS                         *JURY TRIAL DEMANDED*
(schemes, Entrapments, Corruptions, etc...)

WRIT OF MANDAMUS TO COMPEL THE AMERICAN BAR ASSOCIATION FOR AN INVESTIGATION ON THE STATE BAR OF TEXAS - ATTORNEYS OF EL PASO -

To THE Honorable U.S. Judges En Banc:

Comes Jaime Luevano To File, To Publish This Writ of Mandamus to Compel the American Bar Association for An Investigation on the State Bar of Texas - Attorneys of El Paso Texas - The Vast Massive schemes, Entrapments, Corruptions, Conspiracies, Etc.. in General, white collar crimes Pursuant to all Writs Act And the Powers of Congress in General - The Invoking of the Federal General Laws. This is not A civil Rights complain. or. to Be mix with Any 42 U.S.C. 1983s It's For An Investigation Just Like Filing An Ex Parte Motion For Investigative And Expert Services As in Forms 5A wests Forms §8183 - Motions For Appointments of Counsel, Investigator, Experts, Professor of Law in Chicago IL. The Discovery §353 - The Subpoenas Powers §332 And Powers of Investigation 28 U.S.C. §331 in General - Please Forward to ABA A copy FAX or. U.S. mail - www.ABA.com - or - 321 N. Clark St. - Chicago IL. 60610 Also FAX white House Filies office in Washington, D.C. 20005 - Texas Supreme Court. 78711 - Gov. Rick Perry - Attorney General Greg Abbott.

Jaime Luevano #1655791          [Dec. 2010
Connally Unit - 899 FM 632      Jan. 2011]    Respectfully,
Kenedy, Tex. 78119                             Jaime Luevano