IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAIME LUEVANO, Inmate #1655791, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 11-033-GPM |
| | ) |
| STATE BAR OF TEXAS, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

This matter comes before the Court by Mandate of the United States Court of Appeals (Doc. 21), directing this Court to assess and collect the $455 appellate filing fee from the Petitioner's prison trust fund account using the mechanism of Section 1915(b). Therefore, **IT IS HEREBY ORDERED** that Petitioner shall pay the appellate filing fee of **$455.00** as follows:

1. Petitioner shall pay an initial partial filing fee of **$18.02**. *See* 28 U.S.C. § 1915(b)(1). The agency having custody of Petitioner is **DIRECTED** to transmit this amount from Petitioner's prison trust fund account to the Clerk of Court upon receipt of this Memorandum and Order.

2. Petitioner shall make monthly payments of 20% of the preceding month's income credited to Petitioner's prison trust fund account until the filing fee is paid in full.

3. The agency having custody of Petitioner shall forward payments from Petitioner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the filing fee is paid in full. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois, P.O. Box 249, East St. Louis, Illinois 62202.

Petitioner is **ADVISED** that he is responsible for ensuring payment of the filing fees directed

by this Order, and he should ensure that the agency having custody of him transmits the necessary funds.  **Petitioner is FURTHER ADVISED that nonpayment for any reason other than destitution shall be construed as a voluntary relinquishment of the right to file future suits *in forma pauperis.*** *Thurman v. Gramley*, 97 F.3d 185, 187 (7th Cir. 1996).

Petitioner is **FURTHER ADVISED** that the obligation to ensure full payment of the filing fees imposed by this Order shall not be relieved by his transfer to another prison.  Petitioner is under a continuing obligation to keep the Clerk of this Court informed of any change in his whereabouts.  This shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs.  Failure to comply with this order will cause a delay in the transmission of court documents, and may result in a dismissal of this action for want of prosecution.

The Clerk is **DIRECTED** to mail a copy of this Order to Petitioner and to the **Trust Fund Officer at Connally Correctional Institution** *upon entry of this Order*.

**IT IS SO ORDERED.**

DATED:  March 21, 2011

/s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge